

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-25-00043-CV

**IN THE INTEREST OF A.D.M. JR.**, a Child

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2023PA01182
Honorable Raul Perales, Judge Presiding

BEFORE JUSTICE VALENZUELA, JUSTICE SPEARS, AND JUSTICE MCCRAY

In accordance with this court's opinion of this date, the January 7, 2025 order of termination is AFFIRMED. It is ORDERED that no costs be assessed against appellant in relation to this appeal because she is presumed indigent under Texas Family Code section 107.013(e).

SIGNED June 18, 2025.

_Lori I. Valenzuela, Justice_